**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Edward ROBERTS a/k/a Edward N. Roberts, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 19, 1996.

Decided April 23, 1997.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

***ORDER***

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

NIGRO, J., dissents.

---

**10.** We note that subsequent to oral argument in this case, the Superior Court issued a unanimous en banc decision in *Erie Insurance Exchange v. Claypoole et al.,* 449 Pa.Super. 142, 673 A.2d 348 (1996), which held that injuries resulting from sexual assault committed on children in cases of sexual molestation are intentional as a matter of law. The court rejected an argument that such acts could be considered as negligence, stating "To hold otherwise would be the equivalent of characterizing the sexual molestation of children as a negligent act caused by being in the wrong place at the wrong time instead of characterizing it as an intentional act resulting from the repugnant conduct of the molester." 449 Pa.Super. at 158, 673 A.2d at 356. The court refused to impose a duty to defend upon an insurer for such conduct under an automobile insurance policy that contained exclusionary language similar to that contained in General Accident's policy.